UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIE FARFAN, | ) Case No. EDCV 05-745-AHS (OP) |
|---|---|
| Plaintiff, | ) ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AS MODIFIED |
| vs. | |
| GARY PENROD, Sheriff, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs in and adopts the findings, conclusions, and recommendations of the Magistrate Judge, as modified herein.

//
//
//
//
//
//
//
//

|   |   |
|---|---|
| 1 | IT IS ORDERED that the Judgment be entered: 1) approving and adopting this Report and Recommendation in part; (2) granting Defendants' Motion to Dismiss the TAC for failure to comply with the discovery order and for failure to prosecute; and (3) dismissing the TAC with prejudice. |

IT IS ORDERED that the Judgment be entered: 1) approving and adopting this Report and Recommendation in part; (2) granting Defendants' Motion to Dismiss the TAC for failure to comply with the discovery order and for failure to prosecute; and (3) dismissing the TAC with prejudice.

DATED: JAN 4 2010

HONORABLE ALICEMARIE H. STOTLER
Senior Unted States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge