JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE FARFAN,<br><br>        Plaintiff,<br><br>vs.<br><br>GARY PENROD, Sheriff,<br><br>        Defendant. | Case No. EDCV 05-745-AHS (OP)<br><br>J U D G M E N T |

The Court, having dismissed plaintiff's Third Amended Complaint for failure to comply with the discovery order and for failure to prosecute, now orders:

IT IS HEREBY ADJUDGED AND DECREED that defendant shall have judgment in his favor and plaintiff shall take nothing.

DATED: ~~December ___, 2009~~.
JAN 4 2010

ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE